DOUGLAS LEE WEEKS, State Bar No. 078531
Law Offices of Douglas Lee Weeks,
1475 S. State College Blvd., Suite 224,
Anaheim, CA 92806
Tel. No. 714 533 6471
Fax. No. 714 533 2655

Attorney for Debtor
CHRISTOPHER J. TUROCI

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| CHRISTOPHER J. TUROCI | ) | Bankruptcy Case No.: 2:13-bk-29197-BB |
| Debtor | ) | |
| | ) | |
| | ) | MOTION TO COMPEL ABANDONMENT |
| | ) | OF ESTATE PROPERTY; MEMORANDUM |
| | ) | OF POINTS AND AUTHORITIES; |
| | ) | DECLARATION OF CHRISTOPHER J. |
| | ) | TUROCI |

The Debtor CHRISTOPHER J. TUROCI hereby moves the Court for an entry of an order compelling the Chapter 7 interim trustee to abandon estate property pursuant to *11 USC §554(b)* and *FBRP 6007(b)* on the grounds that the subject estate property is of inconsequential value and benefit to the estate.

Dated this 6th day of February, 2014     /s/ *Douglas Lee Weeks*
                                                                    DOUGLAS LEE WEEKS
                                                                    Attorney for Debtor
                                                                    CHRISTOPHER J. TUROCI

- 1 -

Motion to Compel Abandonment of Estate Property

# MEMORANDUM OF POINTS AND AUTHORITIES

## 1. INTRODUCTION TO THE CASE

The debtor filed the Chapter 7 bankruptcy petition on July 30, 013. The initial 341(a) meeting was held on August 28, 2013.

The estate property in question is the real property at 23 Sagebrush Way, Azusa CA 91702. The property is inconsequential to the bankruptcy estate.

## 2. THE SUBJECT PROPERTY

The property at 23 Sagebrush Way, Azusa CA 91702 would sell today for $600,000.00 at the most. (See attached declaration of Christopher J. Turoci). The property is rental property owned in joint tenancy by the debtor and the debtor's former wife Tina Turoci. Accordingly the debtor's bankruptcy estate does not include 100% of the equity in the property. The former wife Tina Turoci must be paid her equity interest in the property should the property be sold. The mathematical analysis shows that this property is inconsequential to the bankruptcy estate. That analysis is as follows:

| | |
|---|---|
| Sale Price | $600,000.00 |
| 1st Mortgage | ($428,500.00) |
| 2nd Mortgage | ($ 76,750.00) |
| Non-bankrupt co-tenant equity | ($ 47,375.00) |
| Cost of sale 8% | ($ 48,000.00) |
| Trustees fee of 5% (11USC §326) | ($ 30,000.00) |
| NET RECOVERY | ($ 58,750.00) |

### 3. COURT – COMPELLED ABANDONMENT

If the trustee fails or refuses to abandon estate property, any interested party may seek to compel the trustee to do so by motion showing that the property is burdensome or of inconsequential value and benefit to the estate.  11 USC §554(b); FRBP 6007(b); **In re Hyman** (9th Cir. BAP 1991) 123 BR 342, 347.

### 4. CONCLUSION

The interests of justice would be best served by granting this motion so the property is abandoned to the debtor.

Dated this 6th day of February, 2014        */s/ Douglas Lee Weeks*
                                                                  DOUGLAS LEE WEEKS
                                                                  Attorney for Debtor
                                                                  CHRISTOPHER J. TUROCI

DECLARATION OF

CHRISTOPHER J. TUROCI

I, CHRISTOPHER J. TUROCI, declare as follows:

1. I am the debtor in the chapter 7 bankruptcy filing subject of this motion. I have first hand personal knowledge of the facts contained in this my declaration and if called upon I could and would testify competently to the facts contained herein.

2. My former wife Tina Turoci and I are the joint tenant owners of the property at 23 Sagebrush Way, Azusa CA 91702. The property is rental property. The property has a market value of $600,000.00. Attached hereto as Exhibit "1" is an appraisal dated November 29, 2013. Because of deferred maintenance the property has not appreciated in value since the appraisal. In my opinion the property is worth no more than $600,000.00.

3. There are two mortgages on the property. The first mortgage has a balance of $428,000.00 presently. The second mortgage has a balance of $76,750.00 presently.

4. I have a tax liability from 2010 for $22,195.60. This will soon become a lien on the real property in my name if it has not already happened.

I declare under penalty of perjury of the laws of California that the foregoing is true and correct and that this declaration is executed this 6th day of February, 2014 at Anaheim, California.

*/s/ Christopher J. Turoci*
CHRISTOPHER J. TUROCI

Motion to Compel Abandonment of Estate Property